UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARRAH GILOT,

                Plaintiff,

    -against-

ACT BLUE,

                Defendant.

19-CV-11256 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 16, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), and for lack of subject matter jurisdiction, *see* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 16, 2020
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge